UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                      CASE NO: 8:05-CR-354-T-27TBM

**GALVIN SMITH**
_____/

## ORDER

The United States Sentencing Commission has promulgated Amendment 706 lowering the base offense level for cocaine base (crack cocaine) offenses in many cases for eligible defendants sentenced on or after November 1, 2007. The Commission later decided this Amendment should be applied retroactively to defendants sentenced before November 1, 2007. The Defendant in this case, having been sentenced prior to November 1, 2007, has filed a motion *pro se* requesting reduction in his offense level. (Dkt. 140). Upon consideration, Defendant's motion is DENIED.

Defendant pleaded guilty to conspiracy to possess with the intent to distribute and distribution of 50 grams or more of crack cocaine (Count One); possession with the intent to distribute various amounts of crack cocaine (Counts Two through Five). Based on the amount of crack cocaine involved in the offense, the PSI initially set Defendant's base offense level at 32. However, Defendant's sentence did not rest on § 2D1.1 of the United States Sentencing Guidelines. Because Defendant was found to have at least two prior felony convictions of either a crime of violence or a controlled substance offense, he was classified as a career offender and his base offense level was increased to 37 under § 4B1.1 of the Sentencing Guidelines, not § 2D1.1. Therefore, the recent revisions pertaining to crack cocaine quantity do nothing to change the Defendant's guidelines

range and do not provide a basis for the Court to reduce his sentence in accordance with 18 U.S.C. § 3582(c). Therefore, it is

**ORDERED AND ADJUDGED** that Defendant's Motion for Reduction of Sentence (Dkt. 140) is DENIED.

**DONE AND ORDERED** in Tampa, Florida, this 16th day of April, 2008.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Defendant, #48285-018, USP Coleman II, U.S. Penitentiary, P.O. Box 1034, Coleman, FL 33521
U.S. Probation
U.S. Attorney's office